**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

John Ernest William Baay, II
Gieger, Laborde & Laperouse
701 Poydras St., Suite 4800
New Orleans LA 70139-4800

John Michael DiGiglia
Gieger, LaBorde & Laperrouse,
701 Poydras Street, Ste 4800
New Orleans LA 70139

Eric S. Charleston
Gieger, Laborde, et al
701 Poydras St., Suite 4800
New Orleans LA 70139-4800

**REHEARING ACTION: January 10, 2018**

**Docket Number: 16   01057-CW**

**MARGARET FISK MUNRO, ET AL.**
**VERSUS**
**BRITISH AMERICAN OIL PRODUCING**
**COMPANY, ET AL.**

**Writ Application from Cameron Parish Case No. 10-19049**

<u>**BEFORE JUDGES**</u>:

> **Hon. Sylvia R. Cooks**
> **Hon. Marc T. Amy**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **JX Nippon Oil Exploration (USA) Limited, et al.** has this day

been

> **DENIED.**
> Amy, J., would grant the rehearing.

cc: Leonard Louis Kilgore, III, Counsel for the Applicant
    Esteban Herrera, Jr., Counsel for the Applicant
    Richard D. McConnell, Jr., Counsel for the Applicant
    Victor J. Suane, Jr., Counsel for the Applicant
    Samuel O. Lumpkin, Counsel for the Applicant
    Louis Victor Gregoire, Jr., Counsel for the Applicant
    Charles Simon McCowan, III, Counsel for the Applicant
    Alan J. Berteau, Counsel for the Applicant
    Michael R. Phillips, Counsel for the Applicant
    John Michael Veron, Counsel for  the Respondent
    J. Rock Palermo, III, Counsel for  the Respondent
    Alonzo P. Wilson, Counsel for  the Respondent
    Turner D. Brumby, Counsel for  the Respondent
    Michael H. Schwartzberg, Counsel for  the Respondent
    Shane Hinch, Counsel for  the Respondent
    Tanya E. Dugas, Counsel for  the Respondent
    Seth B. Hopkins, Counsel for  the Respondent